UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIO FAVIAN VASQUEZ, ) | | |
| ID # 1154800, ) | | |
| ) | | |
| Petitioner, ) | CIVIL ACTION NO. | |
| ) | | |
| VS. ) | 3:06-CV-2339-G (BH) | |
| ) | | |
| NATHANIEL QUARTERMAN, Director, ) | **ECF** | |
| Texas Department of Criminal Justice, ) | | |
| Correctional Institutions Division, ) | | |
| ) | | |
| Respondent. ) | | |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, the court hereby **DENIES** plaintiff's petition for habeas corpus.

**SO ORDERED**.

January 29, 2009.

*/s/ A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**